AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Juan Ramon HERNANDEZ-Limon<br>AXXX-XXX-126<br><br>*Defendant(s)* | Case No. SA:20-MJ-01044 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 24, 2020 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry<br>Penalties: Maximum Penalties: 2 years confinement, $250,000 Fine or Both; 1 year supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

*Complainant's signature*
Fernando Martinez, Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: August 24, 2020

*Judge's signature*

City and state: San Antonio, Texas     Honorable Elizabeth S. Chestney, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT

Being duly sworn, I declare that the following is true and correct to the best of my knowledge.

My name is Fernando Martinez and I am a deportation officer with Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO), with whom I have been employed since November 23, 2008. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On August 5, 2020, ICE/ERO officers received information from the U.S. Border Patrol Laredo Sector Intel Unit concerning Juan Ramon HERNANDEZ-Limon, (hereafter HERNANDEZ). Preliminary immigration and criminal checks conducted by ICE/ERO officers revealed that HERNANDEZ is a citizen of Mexico who had been previously ordered removed from the United States.

On August 24, 2020, ICE/ERO officers were conducting surveillance at an apartment complex in the 7000 block of Marbach Rd., San Antonio, Texas, in the Western District of Texas. Law enforcement inquiries indicated this address as the last known address for HERNANDEZ. These inquiries also revealed that HERNANDEZ has a vehicle registered under his name. The vehicle, a 2009 Mercedes Benz C300, was also located in the parking lot of the apartment complex. At approximately 0450hrs, officers observed a subject matching the physical description and photographs of HERNANDEZ approach the Mercedes. The subject subsequently entered the vehicle, at which time officers approached and identified themselves as ICE/ERO officers. After being asked to identify himself, HERNANDEZ claimed to be Juan Hernandez. HERNANDEZ was subsequently placed under arrest and read his Miranda Rights by ICE officers. HERNANDEZ was transported to the San Antonio ICE/ERO office for further processing.

Upon arriving to the office, HERNANDEZ's fingerprints were submitted through immigration and FBI databases, which verified his identity. The databases also revealed that HERNANDEZ is a citizen or national of Mexico with assigned Alien Registration Number Axxx-xxx-126. A review of the Enforce Alien Removal Module (EARM), a Department of Homeland Security database, for Axxx-xxx-126 revealed that HERNANDEZ is an alien who was removed from the United States to Mexico, on or about February 22, 2018. Immigration databases also revealed that HERNANDEZ has not been granted permission to reapply for admission to the United States from the Attorney General of the United States, or his successor, after deportation/removal.

HERNANDEZ was advised about his right to consular notification and was provided the opportunity to call the Consulate General of Mexico upon his arrest on August 24, 2020.

An immigration detainer will be filed with the U.S. Marshals Service on August 24, 2020.

Fernando Martinez
Deportation Officer
ICE/ERO

Subscribed and sworn before me on the 24th day of August 2020.

United States Magistrate Judge
Honorable Elizabeth S. Chestney