**U.S. v. Juan Ramon Hernandez-Limon**
**SA-20-CR-437-OLG**





Sensitive
But
Unclassified

Response to Motion to Suppress Exhibits
Ex. A-1