

Original CD to be provided to Judge Garcia and Defense Counsel